# Exhibit 1

Opposition to Plaintiff's Motion to
Amend Complaint and to Reinstate Case

(Case No. 5:13-CV-26-Oc-22 ACC-PRL)



# FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

## Detail by Entity Name

### Foreign Non Profit Corporation

FREEDOM WATCH INC.

### Filing Information

| | |
|---|---|
| **Document Number** | F13000002309 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 05/29/2013 |
| **State** | DC |
| **Status** | ACTIVE |

### Principal Address

2020 PENNSYLVANIA AVE NW SUITE 345
WASHINGTON, DC 20006

### Mailing Address

2020 PENNSYLVANIA AVE NW SUITE 345
WASHINGTON, DC 20006

### Registered Agent Name & Address

KLAYMAN, LARRY
2775 NW 49TH AVE SUITE 205-346
OCALA, FL 34482

### Officer/Director Detail

**Name & Address**

Title CP

KLAYMAN, LARRY
2775 NW 49TH AVE SUITE 205-346
OCALA, FL 34482

### Annual Reports

**No Annual Reports Filed**

### Document Images

**No images are available for this filing.**